1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     SARA HASSANZADEH,                          No.  1:26-cv-0056-DC-CKD P

12                  Petitioner,

13          v.                                     ORDER

14     WARDEN OF THE CALIFORNIA CITY
       IMMIGRATION PROCESSING
15     CENTER, et al.,

16                  Respondents.

17

18          Petitioner, an Immigration and Customs Enforcement detainee who is currently

19     representing herself, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

20     The court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules

21     Governing Habeas Corpus Cases Under Section 2254.[1]  In light of the complexity of the legal

22     issues involved, the court has determined the interests of justice require appointment of counsel.

23     See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

24          Because petitioner may be entitled to the requested relief if the claimed violation of

25     constitutional rights is proved, respondent will be served with the § 2241 petition. See 28 U.S.C.

26

27     [1]  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district
       court to apply any or all of the rules to other types of habeas corpus petitions including § 2241
28     petitions.

                                                 1

1  § 2243. Petitioner's counsel, once appointed, shall meet and confer with respondent's counsel

2  regarding a briefing schedule for this case.

3         In accordance with the above, IT IS ORDERED as follows:

4         1.  The Clerk of the Court is directed to send petitioner a copy of the court's application to

5  proceed in forma pauperis.

6         2.  Petitioner shall complete the form and return it to the court within 14 days or pay the

7  $5.00 filing fee.

8         3.  The Clerk of the Court shall serve a copy of this order on the Federal Defender,

9  Attention: Habeas Appointment.

10        4.  Within seven (7) days of this order, the appointing authority for the Eastern District of

11  California shall identify counsel and send counsel's contact information to the undersigned's

12  courtroom deputy Lisa Kennison at lkennison@caed.uscourts.gov, and counsel will be added as

13  counsel for petitioner.  If counsel is not a member of the Eastern District of California Criminal

14  Justice Act Panel, within seven (7) days of this Order the Federal Defender shall file a motion to

15  appoint counsel as CJA counsel *pro hac vice*.

16        5.  New counsel for petitioner shall meet and confer with opposing counsel on a briefing

17  schedule and jointly file that schedule with the court within fourteen (14) days of this order.

18  Dated:  January 6, 2026

19  _____
    CAROLYN K. DELANEY
20  UNITED STATES MAGISTRATE JUDGE

21

22

23  1
    hass0056.110a.imm

24

25

26

27

28

                                    2